UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

******************************************
CTC COMMUNICATIONS CORP.,

    Plaintiff(s)

vs.

MENTAL HEALTH ASSOCIATION OF
WESTCHESTER,

    Defendant(s)
******************************************

CIVIL ACTION NO.
04-12067 RWZ

COMPLAINT

MAGISTRATE JUDGE MBB

RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

The Plaintiff, CTC Communications Corp. ("CTC"), by its attorneys COHN & DUSSI, LLC, as and for its Complaint herein alleges as follows:

## THE PARTIES

1. The Plaintiff, CTC COMMUNICATIONS CORP. (hereinafter "Plaintiff"), is a corporation duly organized by law having a usual place of business at 220 Bear Hill Road, Waltham, Middlesex County, Massachusetts.

2. The Defendant, Mental Health Association of Westchester (hereinafter "Defendant"), is a corporation having a usual place of business at 2269 Saw Mill River Road - #1A, Elmsford, New York 10523.

## JURISDICTION

3. This Court has jurisdiction over this claim under 28 U.S.C. Section 1331, as the Defendant's liability arises under a tariff filed with the Federal Communications Commission and Massachusetts Department of Telecommunications and Energy (hereinafter collectively the "F.C.C.").

1

## COUNT I
### (Breach of Customer Service Agreement)

4. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 3 above with the same full force and effect as if expressly set forth herein.

5. At all times relevant to this action, the Plaintiff provided telephone service pursuant to the Tariff New York PSC-No.2 and FCC Tariff No. 3 (hereinafter the "Tariffs").

6. On or about February 28, 2001, the Defendant executed and delivered to the Plaintiff a Customer Service Agreement (hereinafter the "Agreement") pursuant to which the Defendant agreed to pay to the Plaintiff all amounts due together with interest, costs and attorneys' fees in connection with the Defendant's purchase of services from the Plaintiff. A true and accurate copy of said Agreement is attached hereto as Exhibit "A" and by this reference specifically incorporated herein.

7. The specific terms of the Agreement provides for the assessment of a termination charge in the event that the Agreement is terminated early.

8. The Defendant has breached its contract with the Plaintiff as a result of its failure to make payment to the Plaintiff on all amounts due under said Agreement and owes the Plaintiff the principal sum of Twenty Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars.

9. Based upon the breach and early termination of the Agreement, the Defendant owes the Plaintiff the total sum of Twenty Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars, together with interest from October 8, 2003, on or before which

date demand for payment was duly made, plus costs and attorneys' fees.

## COUNT II
### (for Services Rendered)

10. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 9 above with the same full force and effect as if expressly set forth herein.

11. The Defendant owes the Plaintiff the total sum of Twenty Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars for services rendered by the Plaintiff to the Defendant together with interest thereon from October 8, 2003, on or before which date demand for payment was duly made, plus costs and attorneys' fees. A copy of the Statement of Principal is attached hereto as Exhibit "B".

## COUNT III
### (for Unjust Enrichment)

12. The Plaintiff reavers, realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 11 above.

13. The Plaintiff provided telephone services to the Defendant for an agreed upon price, and the Defendant has failed, refused, neglected and continues to refuse to make payment to the Plaintiff in consideration for the services provided by Plaintiff to the Defendant.

14. As a result of the foregoing, the Defendant has been unjustly enriched in the sum of Twenty Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars, which sum the Plaintiff is entitled to recover.

15. As a result of this unjust enrichment, the Defendant owes the Plaintiff the sum of Twenty

Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars.

**WHEREFORE**, the Plaintiff, CTC Communications, prays that Judgment enter as follows:

1. Enter judgment against the Defendant, Mental Health Association of Westchester, and in favor of the Plaintiff, in the sum of Twenty Seven Thousand Six Hundred One and 06/100 ($27,601.06) Dollars together with interest from October 8, 2003 on or before which date demand for payment was duly made;

2. Award the Plaintiff, CTC Communications, its costs and disbursements for prosecuting this action, including reasonable attorneys" fees, in connection with the Defendant, Mental Health Association of Westchester; and

3. Grant the Plaintiff, CTC Communications, such other and further relief as this Honorable Court may deem just and proper.

Respectfully submitted,
CTC Communications Corp.,
By its attorneys,
Cohn & Dussi, LLC,

Date: _____

John J. Dussi, Esq. BBO# 546355
Lisa B. Dickstein, Esq. BBO#643314
25 Burlington Mall Road, 6th Floor
Burlington, MA 01803
(781) 494-0200

F:\firm\lbd\CTC Communications\Mental Health Association\complaint ny and federal tariffs.wpd



# Customer Service Agreement

| Installation Information | | Billing Information | |
|---|---|---|---|
| Mental Health Association of Westchester | | | |
| 2269 Saw Mill River Road - Building 1A<br>Elmsford, NY   10523 | | Same | |
| Contact: Karen Pollard | Phone: 914-347-5900 | Contact: | Phone: |
| EMail: pollardk@westchester.org | Fax: 914-347-8859 | EMail: | Fax: 914/347-8859 |

### Credit Information

[X] Corporation   [ ] Partnership   [ ] Proprietorship   [ ] Tax Exempt (Attach Proof)   [ ] Other

Nature of Business: Community Mental Health Services

Years in Business: 55 Years     SIC:       Tax ID: 13-1740002     D&B #:

**Ownership Information** (Required for Partnerships, Proprietorships and Small Businesses)

| Name | Address | Phone | SS# |
|---|---|---|---|
| | | | |

**Reference Information** (3 Major Trade References and Bank)

| Trade Name | City, State | Phone | Account # |
|---|---|---|---|
| Bank of New York | White Plains, NY | 914/682-0573 | 0049200749 |
| Datalan | White Plains, NY | 914/288-0600 | |
| MCS/Canon | New York, NY | 201/842-5882 | 0874233 |

| Bank Name | Contact | | Account # |
|---|---|---|---|
| Bank of New York | Wendy Lawrence | | 0049200749 |

### Billing Options

[ ] IntelliBILL     [X] Call Detail     [ ] International Usage     [ ] Expensive Calls
[ ] IntelliVIEW     [ ] Suppress Detail     [ ] Time of Day Usage     [ ] Lengthy Calls
[ ] Corp. Acct. Billing     [ ] Area Code Summary     [ ] Freq. Called Summary

### Office Use Only
App. Code:   User ID:   Credit Dpt.
Date:   Account #:
DT1:     DT2:

### Comments

### Telephone Numbers (attach additional sheets as necessary)

### Letter of Authorization

Customer hereby authorizes CTC to perform any investigation necessary to determine the credit worthiness of the Company.  CTC reserves the right to deny service and terminate this agreement or otherwise require a deposit as a condition to service from any applicant whose credit history is found to be unsatisfactory.  All services shall be provided in accordance with the Terms and Conditions set forth in this Agreement.

Accepted By: **Customer**                                                    CTC Communications Corp.

_____                                 _____   Date: 2/15/01
Customer Authorized Representative                                   CTC Account Executive

CUSTOMER AUTHORIZATIONS



| Letter of Authorization |
|---|
| The Customer's signature below confirms that for each of the phone numbers included in this Customer Service Agreement that<br>a) Customer selects CTC Communications Corp. ("CTC") as its primary provider of<br>☒ local exchange service ☒ intraLATA toll service ☒ long distance service ; that<br>b) Customer designates CTC as its agent for purposes of changing primary service provider(s); that<br>c) Customer understands that the selection of a new intraLATA toll or long distance service provider may result in the imposition of a charge by Customer's local exchange company for changing service provider(s); that<br>d) Customer understands that only one service provider can be designated as the primary carrier for each of the services selected above; and that<br>e) Customer is the Customer of record or other individual authorized to select the provider(s) for the services indicated above.<br><br>Authorized Signature<br>Name:<br>Title:                          Date: 3/26/01 |

| Authorization to Access Customer Confidential Information |
|---|
| **Authorization of Company's Use of Customer Proprietary Network Information (CPNI).** Under Section 222 of the Telecommunications Act (the "Act") a customer has the right, and the carrier, an obligation, to protect the confidentiality of CPNI. CPNI includes, but is not limited to, customer account information pertaining to usage, calling plans and other presubscribed products and services. The Act also restricts a carrier from accessing CPNI absent a customer's approval for purposes other than the provisioning of service. The parties recognize that access to such information will assist CTC in determining those CTC products and services which best suit the Customer's specific telecommunications needs. Therefore, during the term of this Agreement, Customer's signature below authorizes CTC to access Customer's account information. Except as may be required by law, CPNI shall not be disclosed to any third (3rd) party without Customer's express written consent.<br><br>While presubscribed to CTC's services (or until such other time as I otherwise affirmatively revoke or limit), I hereby authorize CTC to access my CPNI.<br><br>Authorized Signature<br>Name:<br>Title:                          Date: 3/26/01 |



# Local Services Addendum

**Products and Services:**

| Quantity | Description | Product Code | One Time Charge | Monthly Charge | Total Monthly |
|---|---|---|---|---|---|
| | SEE ATTACHED CSR's | | | | |
| | | Totals | | | |

Company  Mental Health Association
         2269 Saw Mill River Road Building 1A
         Elmsford, NY  10523

X _____  Date 3/26/01
Authorized Signature

Name: Karen Pollard  Title:

Kelly Lowman              Jeff Harris
Account Executive         Manager



# Long Distance Addendum

| Installation Information | | Billing Information | |
|---|---|---|---|
| Mental Health Association | | | |
| 2269 Saw Mill River Road Building 1A<br>Elmsford, NY   10523 | | , | |
| Contact: Karen Pollard | Phone: (914) 345-5900 | Contact: | Phone: |
| EMail: | Fax: (914) 347-8859 | EMail: | Fax: |

| Service(s) Ordered: | 800 Information | |
|---|---|---|
| ☒ 1-Plus   Rate: $ 0.059 | 800 Number | Responsible Organization-Points To |
| ☒ 800           ☐ Basic Service | | |
| ☐ Dedicated 1-Plus  ☐ Package Plan | | |
| ☐ Dedicated 800     ☐ 1 Year Term | | |
| ☒ Calling Card   Quantity of Cards: | | |

| Options Selected: | |
|---|---|
| ☐ Security Codes | |
| ☐ Account Codes | |
| ☐ Number of Digits | |

| Telemanagement Options: | | Telephone Line Information: | |
|---|---|---|---|
| Outbound Reports | Inbound Reports | Type - NPA-NNX-XXXX - LEC | Type - NPA-NNX-XXXX - LEC |
| ☐ Area Code Summary | ☐ Area Code | | |
| ☐ Day Of Week | ☐ Day Of Week | | |
| ☐ Time Of Day | ☐ Time Of Day | | |
| ☐ Frequency Called | ☐ Frequency Called | | |
| ☐ Lengthy Calls | ☐ Lengthy Calls | | |
| ☐ International Reports | | | |
| | | Estimated Monthly Usage Minutes | |

I hereby authorize CTC to act as my primary long distance carrier and to act as my agent in the pre-subscription process. I acknowledge that I have read, understood, and agreed to the terms and conditions set forth on the following page of this agreement. I am aware that any line not appearing on this agreement will not be billed by CTC. I understand that I can designate only one primary carrier for each telephone number and that any changes in my primary carrier will involve a charge from my local telephone company.

| X _(signature)_ | | CTC Account Executive _(signature)_ | Manager _(signature)_ |
|---|---|---|---|
| Authorized Signature<br>Karen Pollard | 3/26/01 | Kelly Lowman | 3/26/01 |
| Name and Title | Date | Name | Date |

<pre>
I/400 RTS Pro                                                          _|□|x|
[F]ile]    [(V)iews]    [(A)ctions]    [(T)ools]    [(O)ptions]
```
Mental Health Association***           | Contact Information
2269 Saw Mill River Road               |
........................................................................
: Customer #    1668251    BILLING ADDRESS CHANGE          F12=Previous :
: Current Billing              Current Install                          :
:  MENTAL HEALTH ASSOCIATION***  2269 SAW MILL RIVER ROAD               :
:  2269 SAW MILL RIVER ROAD      BUILDING 1A                            :
:  BUILDING 1A                   ELMSFORD                               :
:  ELMSFORD                      NY    105230000                        :
:  NY    105230000                     914 345 5900                     :
:       914 345 5900     CHANGE BILLING ADDRESS TO :                    :
:                         MENTAL HEALTH ASSOCIATION***                  :
:                         2269 SAW MILL RIVER ROAD                      :
:                         BUILDING 1A                                   :
:                         ELMSFORD                  NY 105230000        :
:                              914  345  5900                           :
: Parent Account. Should the children have the same billing address? _ (Y/N) :
:                                                                       :
........................................................................
 16:26    SA       MJ    KB    KS    DW   IH         II  206 19 60 4
</pre>

```
JT/400 RTS Pro
24200         13                                              System: S1020800
/17/03               Accounts Receivable  quiry      Wrkstn: QPADEV0213

Customer: 668251    MENTAL HEALTH ASSOCIATION***
                           Balance...............:   27601.06
   1=Select Detail         Pending Adjustments...:        .00
         Billing           Adjusted Balance......:   27601.06
Select   Period      Description        Billing    Payments   Adjustments
   _   03 / 01 MAR BILLING SUMMARY          .00        .00          .00
   _   04 / 01 APR BILLING SUMMARY      2207.79        .00          .00
   _   05 / 01 MAY BILLING SUMMARY      2576.93    4780.72         4.00
   _   06 / 01 JUN BILLING SUMMARY      3241.96        .00        301.24
   _   07 / 01 JUL BILLING SUMMARY      6874.31        .00        224.02
   _   08 / 01 AUG BILLING SUMMARY      5335.90    3241.96        129.75
   _   09 / 01 SEP BILLING SUMMARY      4301.08        .00        134.62
   _   10 / 01 OCT BILLING SUMMARY      5501.20        .00           .07
   _   11 / 01 NOV BILLING SUMMARY      5128.49        .00           .00
   _   12 / 01 DEC BILLING SUMMARY      4957.70   22012.49          .00
   _   01 / 02 JAN BILLING SUMMARY      5444.23        .00          .00
                                                                More...

 =Exit                  F12=Previous    F8=Pending Adj.
```

```
TCR4200            130 - CTC Communications              System: S1023750
 9/17/03              Accounts Receivable  Inquiry       Wrkstn: QPADEV0213

Customer: 4668251    MENTAL HEALTH ASSOCIATION***
                                 Balance..............:    27601.06
    1=Select Detail              Pending Adjustments..:        .00
             Billing              Adjusted Balance.....:    27601.06
Select   Period      Description          Billing    Payments    Adjustments
    _    02 / 02  FEB BILLING SUMMARY      5246.19   20776.61         .00
    _    03 / 02  MAR BILLING SUMMARY     13372.37       .00          .00
    _    04 / 02  APR BILLING SUMMARY      6130.05   18712.72         .00
    _    05 / 02  MAY BILLING SUMMARY      4294.47       .00          .00
    _    06 / 02  JUN BILLING SUMMARY      5969.05   10263.52         .00
    _    07 / 02  JUL BILLING SUMMARY      6081.26    6081.26         .00
    _    08 / 02  AUG BILLING SUMMARY      6038.68       .00          .00
    _    09 / 02  SEP BILLING SUMMARY      6415.02       .00          .00
    _    10 / 02  OCT BILLING SUMMARY      6699.54    7338.70         .00
    _    11 / 02  NOV BILLING SUMMARY      5870.16       .00          .00
    _    12 / 02  DEC BILLING SUMMARY      4640.38    7684.70         .00
                                                                   More...

F3=Exit                     F12=Previous    F8=Pending Adj.
```

```
JI/400 RTS Pro
R4200          130 - CTC Communications              System: S1023760
 17/03              Accounts Receivabl   Inquiry    Wrkstn: QPADEV0213

 stomer: U668251   MENTAL HEALTH ASSOCIATION***
                              Balance..............:    27601.06
  i=Select Detail             Pending Adjustments..:         .00
            Billing           Adjusted Balance.....:    27601.06
S   ect   Period      Description      Billing    Payments   Adjustments
     01 / 03  JAN BILLING SUMMARY       2854.08        .00       31.50
     02 / 03  FEB BILLING SUMMARY       3047.62        .00         .00
     03 / 03  MAR BILLING SUMMARY       3938.79        .00         .00
     04 / 03  APR BILLING SUMMARY       4150.32        .00         .00
     05 / 03  MAY BILLING SUMMARY        998.63-       .00         .00
     06 / 03  JUN BILLING SUMMARY          9.88       9.88         .00
     07 / 03  JUL BILLING SUMMARY           .00        .00         .00
     08 / 03  AUG BILLING SUMMARY           .00        .00         .00


                                                              Bottom

F3=Exit              F12=Previous    F8=Pending Adj.
```