AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

CTC Communications Corp

V.

Mental Health Association of Westchester

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12067 RWZ

TO: (Name and address of Defendant)

Mental Health Association of Westchester
2269 Saw Mill River Road - #1A
Elmsford, New York 10523

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John J. Dussi, Esq.
Cohn & Dussi, LLC
25 Burlington Mall Road
Burlington, MA 01803

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          SEP 28 2004
CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11.4.04 @ 1:05 PM |
| NAME OF SERVER (PRINT)<br>MICHAEL TERZIAN | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's ~~dwelling house or~~ usual place of abode with a person of suitable age and discretion then residing therein.    BUSINESS

Name of person with whom the summons and complaint were left: JENNIFER BRENNAN - AUTHORIZED
FEMALE, WHITE, BLONDE, 35 YRS, 5'8", 120 LBS - GLASSES

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-5-04
              Date          Signature of Server

P.O. Box 625 - Yorktown Hts., N.Y. 10598
Address of Server

GERI L. ALBERT
Notary Public, State of New York
NO. 01AL5047399
Qualified in Westchester County
Commission Expires July 31, 2005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.