UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ****************************<br>CTC Communications Corp.,<br><br>Plaintiffs,<br><br>vs.<br><br>Mental Health Association of Westchester,<br><br>Defendant.<br>**************************** | Civil Action No. 04-12067-RWZ |

**STIPULATION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff, CTC Communications Corp., and Defendant, Mental Health Association of Westchester ("MHAW"), hereby stipulate and agree to extend MHAW's time to answer or otherwise respond to the Complaint to Friday, December 31, 2004.

| | |
|---|---|
| CTC Communications Corp., | Respectfully submitted,<br><br>Mental Health Association of Westchester, |
| By its attorneys, | By its attorneys, |
| /s/: John J. Dussi<br>John J. Dussi, BBO No. 546355<br>Lisa B. Dickstein, BBO No. 643314<br>Cohn & Dussi, LLC,<br>25 Burlington Mall Road, 6th Floor<br>Burlington, MA 01803<br>Telephone: (781) 494-0200 | /s/: Russell Beck<br>Russell Beck, BBO No. 561031<br>Epstein Becker & Green, P.C.<br>111 Huntington Avenue<br>Boston, MA 02199<br>Telephone: (617) 342-4000 |

Dated: November 23, 2004

BO:137200v1