UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  
\*  
CTC Communications Corp., \*  
\*  
    Plaintiffs, \*  
\*  
vs. \*  
\*  
Mental Health Association of \*  
Westchester, \*  
\*  
    Defendant. \*  
\*  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No. 04-12067-RWZ

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Epstein Becker & Green, P.C. hereby enters its appearance as counsel on behalf of Defendant Mental Health Association of Westchester in the above-captioned action.

Respectfully submitted,

Mental Health Association of Westchester,

By its attorneys,

/s/: Russell Beck
Russell Beck, BBO No. 561031
Epstein Becker & Green, P.C.
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 342-4000

Dated: November 30, 2004

BO:137849v1