UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12067RWZ

FILED
IN CLERKS OFFICE

2005 JAN 28 A 11:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

CTC COMMUNICATIONS CORP.

　　　　Plaintiff

vs.

MENTAL HEALTH ASSOCIATION OF
WESTCHESTER

　　　　Defendant

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff in the above entitled action hereby voluntarily dismisses its Complaint filed in the above action with prejudice and without costs.

　　　　　　　　　　The Plaintiff
　　　　　　　　　　By its Attorneys,

　　　　　　　　　　/s/ John J. Dussi
　　　　　　　　　　John J. Dussi
　　　　　　　　　　COHN & DUSSI, LLC
　　　　　　　　　　25 Burlington Mall Road
　　　　　　　　　　Burlington, MA 01803
　　　　　　　　　　BBO NO. 546355